UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 14-2436-MWF (PJWx)**                                       Dated: **June 2, 2014**

Title:   Trustees of the Southern California IBEW-NECA Pension Plan, et al. -*v*- Venture Electric, Inc.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Julieta Lozano | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                          None Present

PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

   In light of the Default By Clerk entered on May 30, 2014, the Court sets a hearing for Order To Show Cause Re Default Judgment for June 30, 2014 at 11:30 a.m.  If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

   IT IS SO ORDERED.

MINUTES FORM 90                                                                          Initials of Deputy Clerk   jloz
CIVIL - GEN