JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PANSION PLAN, et al;<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>VENTURE ELECTRIC, INC., a California corporation,<br><br>　　　　　Defendant. | Case No.: CV-14-02436-MWF (PJWx)<br><br>**JUDGMENT** |

　　　On July 28, 2014, the Court granted Plaintiff's Motion for Default Judgment against Defendant Venture Electric, Inc. Finding that good cause exists for entry of a default judgment under Rule 54 of the Federal Rules of Civil Procedure,

　　　**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Southern California Ibew-Neca Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee,

Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Contract Compliance Fund, Administrative Maintenance Fund, and Los Angeles Electrical Workers Credit Union, shall have judgment against Defendant Venture Electric, Inc., in the amount of $80,303.90.

Dated:  July 28, 2014

_____
MICHAEL W. FITZGERALD
United States District Judge